UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Juan Javier-Hernandez

   v.                                                              Civil No. 23-cv-055-JL

Warden, FCI Berlin

**O R D E R**

Petitioner, a prisoner at the Federal Correctional Institution in Berlin, New Hampshire, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1).  Upon review of the record in this case, the Court directs as follows:

    1.   The Petition is GRANTED.  See Komando v. Luna, No. 22-cv-425-SE, 2023 U.S. Dist. LEXIS 11477, 2023 WL 310580 (D.N.H. Jan. 13, 2023) (Report and Recommendation), approved sub. nom., Komando v. FCI Berlin, Warden, 2023 U.S. Dist. LEXIS 19054, 2023 WL 1782034 (D.N.H. Feb. 6, 2023).

    2.   The Petitioner is to be released from BOP custody upon time-served on February 16, 2023.  See 18 U.S.C. § 3624(g)(3).

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

February 7, 2023

cc:  Andy Mosquera Gonzalez, pro se
     Heather A. Cherniske, Esq.