```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Juan Javier-Hernandez

    v.

FCI Berlin, Warden                              Case No. 23-cv-55-JL


<u>JUDGMENT</u>

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated February 8, 2023.

                                                    By the Court:

                                                    Daniel J. Lynch
                                                    Clerk of Court


Date: February 8, 2023

cc:   Juan Javier-Hernandez, pro se
       Heather A. Cherniske, AUSA